COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-037-CV

 

IN RE CURTIS E. LEWIS                                                           RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.[2]  Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL: 
MEIER, DAUPHINOT, and GARDNER, JJ. 

 

DELIVERED: 
February 25, 2009











    [1]See
Tex. R. App. P. 47.4.





    [2]We
have been informed by the trial court that relator has not requested that his Amotion of request for
evidence of discovery pursuant to rule 190.3@ be set for hearing and that relator has not
submitted the required notice of hearing. 
See Tarrant Cty. (Tex.) Loc. R. 4.04(2).